IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR207

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>)<br>STEVEN DOUGLAS TEESATESKIE )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motion to suppress filed July 27, 2005. The Court will defer ruling on the motion until time of trial.

**IT IS, THEREFORE, ORDERED** that a ruling on the Defendant's motion to suppress will be deferred until time of trial.

**Signed: July 28, 2005**

Lacy H. Thornburg
United States District Judge