# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:05cr207

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| STEVEN DOUGLAS TEESATESKIE, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS CAUSE coming on to be heard before the undersigned, pursuant to a Motion to Continue (#38) filed by defendant's counsel, and it appearing to the court that good cause has been shown for the granting of said motion.

## ORDER

IT IS, THEREFORE, **ORDERED** that the Motion to Continue (#38) is hereby **ALLOWED.**

Signed: March 19, 2008

Dennis L. Howell
United States Magistrate Judge